**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                              )
                                                    )          Chapter 13
Saydullo A. Usmonov,                                )          Case No. 26-11011-djb
                                                    )
Debtor,                                             )
_____                 )

**REQUEST OF ZWICKER & ASSOCIATES, P.C. FOR SERVICE OF NOTICES
PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Zwicker & Associates, P.C., as authorized agent for creditor

American Express National Bank, requests, pursuant to Rules 2002 and 9007 of the Federal Rules

of Bankruptcy Procedure and sections 102(I), 342 and 1109(b) of title 11 of the United States

Code, 11 U.S.C. §§ 101 et seq., that all notices given or required to be given and all papers served

or required to be served in this case also given to and served, whether electronically or otherwise,

on:

> American Express National Bank
> c/o Zwicker & Associates, P.C.
> 80 Minuteman Road, P.O. Box 9043
> Andover, MA 01810-1041
> P (877) 214-4172
> F (978) 631-0091
> E-mail: bknotices@zwickerpc.com

Dated at Andover, Massachusetts this 23rd day of March, 2026.

> /s/ Paige M. Taylor
> Paige M. Taylor
> Zwicker & Associates, P.C.
> Authorized Agent for American Express
> National Bank
> 80 Minuteman Road
> P.O. Box 9043
> Andover, MA 01810-1041
> (877) 214-4172