**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)**

| | |
|---|---|
| In re:<br><br>SAYDULLO A. USMONOV,<br><br>        Debtor. | Chapter 13<br><br>Bankruptcy No.: 26-11011-djb |

**<u>NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES AND DEMAND
FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that the undersigned hereby files his notice of appearance on behalf of Creditor, Crossroads Equipment Lease and Finance, LLC, and request that all notices given, or required to be given in this case, and all papers to be served, or required to be served in this case be given to and served upon the following:

> James K. Haney, Esq.
> WONG FLEMING, P.C.
> 400 Alexander Park Dr., Ste. 201
> Princeton, NJ 08540
> P: (609) 951-9520
> F: (609) 951-0270

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, the notices and papers referred to in Bankruptcy Rules 2002 and 9007, the disclosure statement referred to in Bankruptcy Rule 3017, and also includes, without limitation, notices of any orders, applications, demands complaints, hearings, motions, objections, petitions, pleadings or requests, plans, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, or otherwise.

This Notice of Appearance, Request for All Notices, and Demand for Service of Papers shall not be deemed or construed to be a waiver of the rights of Crossroads

Equipment Lease and Finance, LLC to: (i) have final orders in non-core matters entered only after de novo review; (iii) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) assert any other rights, claims, actions, set-offs, or recoupment to which Crossroads Equipment Lease and Finance, LLC may be entitled, all of which are expressly reserved.

Dated: March 25, 2026

/s/ James K. Haney
James K. Haney, Esq.
**WONG FLEMING**
400 Alexander Park Dr., Ste. 201
Princeton, New Jersey 08540
jhaney@wongfleming.com
*Attorneys for Creditor Crossroads Equipment Lease and Finance, LLC*