# EXHIBIT C

| Lease ID/Account#: | 401 | | **Damage Calculation** | |
|---|---|---|---|---|
| Name: | Zero Max Construction Inc | | | |

| Payment amount | Number of future payments | Discount rate | NPV at 3.00% discount rate |
|---|---|---|---|
| $3,921.48 | 42 | 3.00% | $156,555.51 |

| Payment amount | Number of past due payments | | total |
|---|---|---|---|
| $3,921.48 | 3 | | $11,764.44 |
| | Total Payments | | $168,319.95 |

| Fees due | |
|---|---|
| Balloon/Trac | |
| Late Fees | $3,669.40 |
| Repo Fees | $2,040.00 |
| | |
| NSF/ACH Fees | |
| Sales Costs | |
| Recon Fees | |

| Default Interest rate | 18% |
|---|---|
| default Interest Per Diem | $5.80 |
| Total default Interest | $377.11 |

| Total (payments due/fees) | $174,029.35 |
|---|---|
| Total default Interest | $377.11 |
| TOTAL DUE | $174,406.46 |

| Total (payments due/fees) | $174,029.35 |
|---|---|
| Credit | |
| | |
| Total (payments/fee,costs-credits) | $174,029.35 |

| Default Interest Calendar | |
|---|---|
| Default date | Todays Date |
| 1/7/2026 | 3/12/2026 |
| Number of Days default | 65 |