**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | |
|---|---|
| In re: | Chapter 13 |
| SAYDULLO A. USMONOV, | Bankruptcy No.: 26-11011-djb |
| Debtor. | Response Deadline: **Thursday, April 8, 2026** |
| | Hearing Date & Time: **Thursday, April 23, 2026 at 11:00am** |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 20____, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of BMO Bank N.A. ("Movant"), it is hereby ORDERED, ADJUDGED, and DECREED that the automatic stay is unconditionally and immediately terminated as it affects the interests of Movant in the Equipment known as a 2024 FREIGHTLINER, Model CA126SLP, VIN No. 3AKJHHDR3RSVB3218.

It is further ORDERED, ADJUDGED, and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any dismissal or subsequent conversion of this case to another chapter. The stay of the Order as provided under Rule 4001(a)(3), F.R.B.P. is hereby waived.

BY THE COURT:

_____
Honorable Derek J. Baker

James K. Haney, Esq.
WONG FLEMING, P.C.
400 Alexander Park Drive, Suite 201
Princeton, NJ 08540