**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | |
|---|---|
| In re: | Chapter 13 |
| SAYDULLO A. USMONOV, | Bankruptcy No.: 26-11011-djb |
| Debtor. | |

**CERTIFICATE OF SERVICE OF BMO BANK N.A.'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF
ZOOM HEARING WITH RESPONSE DEADLINE**

I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on March 25, 2026.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or any other type of service) was <u>Either First Class Mail and/or Electronic Notification.</u>

**SERVICE BY FIRST CLASS MAIL:**

Saydullo A. Usmonov
9906 Bustleton Ave Apt G11
Philadelphia, PA 19115-2180
*Debtor*

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
*Debtor's Attorney*

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
*Chapter 13 Trustee*

Office of the United States Trustee
Robert N.C. Nix Federal Bldg.
900 Market Street, Ste. 320
Philadelphia, PA 19107
*U.S. Trustee*

**SERVICE BY ELECTRONIC NOTIFICATION:**

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
*Debtor's Attorney*

Dated: March 25, 2026          By:     */s/ James K. Haney*
                                              James K. Haney, Esq.