**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | |
|---|---|
| In re: | Chapter 13 |
| SAYDULLO A. USMONOV, | Bankruptcy No.: 26-11011-djb |
| Debtor. | Response Deadline: Wednesday, **April 8, 2026** |
| | Hearing Date & Time: **Thursday, April 23, 2026 at 11:00am** |

**NOTICE OF MOTION OF CROSSROADS EQUIPMENT LEASE & FINANCE, LLC**
**FOR RELIEF FROM THE AUTOMATIC STAY**
**TO RECOVER CERTAIN EQUIPMENT**

Crossroads Equipment Lease & Finance, LLC ("Crossroads" or "Movant"), has filed a Motion for Relief from Stay with the Court to lift the stay as to one (1) 2024 FREIGHTLINER, Model CA126SLP, VIN No. 3AKJHHDR3RSVB3218

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult with one.**

1.      If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, then on or before **April 8, 2026**, you or your attorney must file with the Court, a written request for a hearing (or, if the Court requires a written response, an answer explaining your position) at:

Clerk, U.S. Bankruptcy Court
Robert C. Nix Federal Bldg., Ste. 201
900 Market Street
Philadelphia, PA 19107

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

James K. Haney, Esq.
WONG FLEMING, P.C.
400 Alexander Park Drive, Suite 201
Princeton, NJ 08540

2. If you or your attorney do not take the steps described above, and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing will be held before the Honorable Derek J. Baker, United States Bankruptcy Judge on April 23, 2026 at 11:00 A.M., via VIDEO conference on ZOOMGOV.com with JOIN meeting ID: 161 0657 4791.

4. If a copy of the motion is not enclosed, a copy will be provided to you if you request it from Attorney James Haney, address listed above.

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: March 25, 2026

/s/ James K. Haney
James K. Haney, Esq.
WONG FLEMING, P.C.
400 Alexander Park Drive, Suite 201
Princeton, NJ 08540
Tel: (609) 951-9520
jhaney@wongfleming.com
*Attorneys for Crossroads Equipment Lease & Finance, LLC.*