**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 26-11011-djb |
| SAYDULLO A. USMONOV, | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING SECURED CREDITOR
CROSSROADS EQUIPMENT LEASE AND FINANCE, LLC's MOTION FOR RELIEF
FROM STAY**

The undersigned hereby certified that as of April 10, 2026, Secured Creditor Crossroads Equipment Lease and Finance, LLC, ("Crossroads") has received no answer, objection or other responsive pleading to Motion for Relief from Stay to Recover certain Equipment, Docket No. 8, filed on March 26, 2026. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion for Relief from the Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Stay were to be filed and served no later than April 8, 2026.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Stay be entered at the earliest convenience of the Court.

Dated: April 10, 2026

By: */s/ James K. Haney*
James K. Haney, Esq.
WONG FLEMING, P.C.
400 Alexander Park Drive, Ste. 201
Princeton, NJ 08540
(609) 951-9520
jhaney@wongfleming.com
*Attorneys for Movant BMO Bank N.A.*