**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **Saydullo A. Usmonov,** | : | |
| | : | **Bky No.  26-11011 (DJB)** |
| **Debtor.** | : | |
| | : | |
| | : | |

# ORDER

**AND NOW,** upon consideration of the Motion for Relief from Stay (the "Motion") [Dkt.

No. 8] filed by Crossroads Equipment Lease and Finance, LLC (the "Movant"), and a hearing

having been held on the matter on April 23, 2026, it is hereby **ORDERED** that the Motion is

**GRANTED** insofar as the Court determines that the property at issue (2024 FREIGHTLINER,

Model CA126SLP, VIN No. 3AKJHHDR3RSVB3218) is not property of the estate in the above-

captioned bankruptcy and the automatic stay in the above-captioned bankruptcy does not affect

the Movant's ability to exercise its non-bankruptcy rights against the property.

**Date: April 28, 2026**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**