**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| | : | |
| SAYDULLO A. USMONOV, | : | |
| | : | |
| | : | Case No. 26-11011 (DJB) |
| Debtor. | : | |

**<u>THE CITY OF PHILADELPHIA'S</u>**
**<u>OBJECTION TO THE PROPOSED CHAPTER 13 PLAN</u>**

TO THE HONORABLE DEREK J BAKER:

AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Pamela Elchert Thurmond, Senior Attorney, pursuant to Bankruptcy Code §§ 1308(a), 1322(a)(2), and L.B.R. 3015-4, to object to the proposed Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On March 12, 2026, the Debtor filed a voluntary petition (the "Petition") for Chapter 13 bankruptcy with this Court.

2. On August 26, 2026, the City filed a claim that included unliquidated, non-filed business tax returns for Business Income and Receipts Tax and Net Profit Tax and Net Profit Tax for which the Debtor was obligated to file returns but has failed to do so (the "Claim"). A true and correct copy of the claim is attached hereto as "**Exhibit A**."

3. A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

4. As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. <u>See</u> 11 U.S.C. § 502(a).

5. As of September 29, 2026, the Debtor failed to file the following required tax returns with the City of Philadelphia:

> **Business Income and Receipts Tax** return for the periods: 12/31/2017, 12/31/2018, 12/31/2019, 12/31/2020, 12/31/2021, 12/31/2022, 12/31/2023, 12/31/2024 & 12/31/2025
>
> **Net Profits Tax** return for the periods: 12/31/2017, 12/31/2018, 12/31/2019, 12/31/2020, 12/31/2021, 12/31/2022, 12/31/2023, 12/31/2024 & 12/31/2025

6. The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

7. A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

8. The Plan should not be confirmed until all returns are filed and all the taxes that constitute priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 1, 2026

By: */s/ Pamela Elchert Thurmond*

PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| | : | |
| SAYDULLO A. USMONOV, | : | |
| | : | |
| | : | Case No. 26-11011 (DJB) |
| Debtor. | : | |

* * * * * * *

**CERTIFICATION OF SERVICE**

I, Pamela *Elchert Thurmond*, certify that on September 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Objection to Chapter 13 Plan
- Exhibit A, City of Philadelphia's Proof of Claim, filed August 26, 2026

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

Date: October 1, 2026

By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: KENNETH E. WEST

Address: Office of the Chapter 13 Standing Trustee

190 N. Independence Mall West – Suite 701

Philadelphia, PA 19106

Relationship of Party: Chapter 13 Trustee

Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other:

Name: UNITED STATES TRUSTEE

Address: Office of United States Trustee

Robert N.C. Nix Federal Building

900 Market Street – Suite 320

Philadelphia, PA 19107

Relationship of Party: United States Trustee

Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other:

Name: Saydullo A. Usmonov
Address: 9906 Bustleton Ave.

Philadelphia, PA 19102

Relationship of Party:

Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other:

Name: MICHAEL A. CIBIK
Cibik Law, P.C.
Address: 1500 Walnut Street, Suite 900

Philadelphia, PA 19102
Relationship of Party: Debtor's Counsel of Record

Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other: